# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128937

AMERISURE INSURANCE COMPANIES, and
AUTO-OWNERS INSURANCE COMPANY,
           Petitioners-Appellants,

v

MICHIGAN BASIC PROPERTY INSURANCE
ASSOCIATION,
           Respondent-Appellee.

SC: 128937
COA: 251304
Livingston CC: 01-018466-AA

_____/

On order of the Court, the application for leave to appeal the May 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

d0120